**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DWAIN BENTON,**                              **CASE NO:  1:16-cv-02023-SCJ**

                **Plaintiff,**

**vs.**


**ABLE AUTO PAINTING AND BODY
SHOP, INC., A GEORGIA
CORPORATION,**


                **Defendant.**

_____ **/**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DWAIN BENTON, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), by and through

his undersigned counsel, hereby gives this Court notice of his dismissal of this action without

prejudice as to Defendant ABLE AUTO PAINTING AND BODY SHOP, INC., A GEORGIA

CORPORATION.

Dated this 19th day of July, 2016

                              **/s/C. RYAN MORGAN**
                              C. Ryan Morgan, Esq.
                              Georgia Bar No. 711884
                              Morgan & Morgan, P.A.
                              20 N. Orange Avenue, 14th Floor
                              Orlando, FL 32801
                              Telephone: (407) 420-1414
                              Facsimile: (407) 245-3401
                              Primary email: RMorgan@forthepeople.com
                              Secondary email: iortiz@forthepeople.com
                              ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 19th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Able Auto Painting and Body Shop, Inc., a Georgia Corporation, c/o Bernard Johnson, Registered Agent, 4400 Greentree Trail, College Park, GA 30349, ***Defendant.***

<u>**/s/C. RYAN MORGAN**</u>
C. Ryan Morgan, Esquire